McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00017-LJO-SKO |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| VICTOR HUGO GONZALES, | |
| Defendant. | |

On August 23, 2019, defendant Victor Hugo Gonzales entered a guilty plea to Count Two – Bank Fraud in violation of 18 U.S.C. § 1344 of the Indictment.

As part of his plea agreement with the United States, defendant Victor Hugo Gonzales agreed to forfeit voluntarily and immediately $333,841.12 as a money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Gonzales' Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1.  Pursuant to 18 U.S.C. § 982(a)(2) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Victor Hugo Gonzales in the amount of $333,841.12.

2.  The above-referenced forfeiture money judgment is imposed based on defendant Victor Hugo Gonzales' conviction for violating 18 U.S.C. § 1344 (Count Two). Said amount represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture

based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date: January 17, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Victor Hugo Gonzales in the amount of $333,841.12. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **January 17, 2020**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE